# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RASHAUN JONES, )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent ) | No. 2:05-cr-00084-GZS-2<br>2:09-cv-00202-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 170) filed June 24, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. The Respondent's Motion for Summary Dismissal (ECF No. 168) is hereby **GRANTED**.

2. The Petitioner's Section 2255 Motion (ECF No. 166) is hereby **DISMISSED**.

3. Additionally, no certificate of appealability shall be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

                                                 /s/ George Z. Singal
                                                 United States District Judge

Dated this 23rd day of July, 2014.